UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JULIAN MARCUS RAVEN**, <br><br> Plaintiff, <br><br> v. <br><br> **KIM SAJET, Director, National Portrait Gallery, Smithsonian Institution,** *et al.*, <br><br> Defendants. | Case No. 1:17-cv-01240 (TNM) |

## ORDER

For the reasons given in the Memorandum Opinion, ECF No. 54, 6 n. 2, the Court hereby **ORDERS** that the Plaintiff's Motion for Leave to File a Surreply, ECF No. 42, is **GRANTED**. The Plaintiff's Motion for Adverse Inference, ECF No. 46, is **DENIED** as moot. The Plaintiff's Motion for Rescission of Decisions, ECF No. 48, is **DENIED** because the relief requested is duplicative of the relief requested in the Amended Complaint, ECF No. 16 at 56, and any additional arguments violate this Court's page limitations. *See* Minute Order of March 30, 2018. These orders are not appealable. *See* 28 U.S.C. §§ 1291-92.

For the reasons given in the Memorandum Opinion, ECF No. 54, upon consideration of the entire record in this case, the Court hereby **GRANTS** the Defendants' Renewed Motion to Dismiss, ECF No. 33, and **DENIES** the Plaintiff's Motion for Leave to Amend, ECF No 47. This case is hereby **DISMISSED**. These orders are final and appealable.

**SO ORDERED.** The Clerk of Court is directed to close the case.

Dated: September 19, 2018

TREVOR N. MCFADDEN
United States District Judge